UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**17MISC 150**

APPLE INC.,

Civil Action No. _____

    Petitioner,

-against-

**ORDER TO SHOW CAUSE**

DOE,

    Respondent.

----

Upon the Declaration of Nathan Shaffer, Esq., sworn to on the 2nd day of May, 2017, and the Memorandum of Law in Support of An Expedited Order Compelling Compliance with Apple Inc's Rule 45 Subpoena, and all pleadings heretofore and herein, it is hereby:

ORDERED that Respondent ███████ show cause before this Court on the 11th day of May, 2017, at 2 o'clock PM or as soon thereafter as counsel may be heard in Courtroom 28A of the Moynihan Courthouse, 500 Pearl, New York, NY 10007, why an order should not be made and entered herein compelling Respondent to comply in full with the Rule 45 Subpoena issued by Apple in the Apple v. Mobile Star litigation pending in the Northern District of California.

IT IS FURTHER ORDERED that papers in opposition to this motion, if any, be served and filed on or before May 9, 2017, at 12 o'clock p.m. and that the reply, if any, be served and filed on or before May 10, 2017, at 3 o'clock p.m.

GRANTED on May 4, 2017, at 9:45 o'clock a.m. at New York, New York.

                                                _____
                                                Hon. _____
                                                United States District Judge